**Order entered October 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01655-CV

**ROBERT COLE, Appellant**

**V.**

**GWENDOLYN PARKER, INC., CRF, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00513-D**

## ORDER

We **GRANT** appellant's September 30, 2014 motion for extension and **ORDER** the brief be filed no later than October 5, 2014. No further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
           JUSTICE